IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 4:16-cv-00752-O |
| RONALD CONNER, | § § § | |
| Respondent. | § § | |

## CONTEMPT ORDER

The United States Magistrate Judge has filed a Certification of Contempt (ECF No. 27) in this matter, recommending that the Court conduct a hearing as to why Respondent Ronald Conner should not be found in contempt of court for failing to comply with the Magistrate Judge's order. *See* ECF No. 22.

On June 30, 2017, the Court held a show cause hearing regarding the certification of contempt. Respondent Ronald Conner appeared, but refused to comply with this Court's order that Respondent produce the documents and information requested in the Government's summons, and otherwise failed to show good cause. Therefore, the Court finds that Ronald Conner should be and is hereby held in contempt of court.

Accordingly, it is **ORDERED** that the Magistrate Judge's findings and conclusions (ECF No. 27) be adopted as the findings and conclusions of the Court. It is **FURTHER ORDERED** that Petitioner's Motion for Entry of Order of Contempt and for Issuance of Arrest Warrant (ECF No. 17) is **GRANTED.**

It is **FURTHER ORDERED** that Respondent Ronald Conner is **REMANDED** to the custody of the United States Marshal to be incarcerated until such time as Respondent purges his contempt.

It is **FURTHER ORDERED** that Petitioner shall file weekly reports regarding whether Respondent has purged his contempt.

The hearing set for July 17, 2017, is hereby **CANCELED**. All further proceedings in this matter are hereby **REFERRED** to Magistrate Judge Hal Ray.

**SO ORDERED** on this **30th day** of **June, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**